UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        v.

STEVEN HEPPENHEIMER,

        Defendant.
-------------------------------------------------------------X

**ORDER**
19-CR-486 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

In response to the letter filed by the Defendant at ECF No. 34, the Court ADJOURNS the status conference presently scheduled for Thursday, April 7, 2022 to Thursday, May 5, 2022 at 12:00 Noon in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II. In the interest of justice, time is excluded under the Speedy Trial Act through and including that date.

        **SO ORDERED.**

        **s/ WFK**
        _____
        HON. WILLIAM F. KUNTZ, II
        UNITED STATES DISTRICT JUDGE

Dated: April 5, 2022
      Brooklyn, New York